The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN and JANE DOE RINDNER, and their marital community; MARK and JANE DOE STIEGLITZ, and their marital community; DOUG and JANE DOE SMITH, and their marital community; CRAIG and JANE DOE MALITZ, and their marital community; ROSS and JANE DOE LEVINSOHN, and their marital community; ROSS and JANE DOE LUKATSEVITCH, and their marital community; JOE and JANE DOE ROBINSON, and their marital community; TAMMER and JANE DOE FAHMY, and their marital community; MAYO and JANE DOE STUNTZ, and their marital community; JAMES and JANE DOE HECKMAN, and their marital community; PAUL and JANE DOE MCNICHOL, and their marital community thereof; ANDREW and JANE DOE RUSSELL, and their marital community thereof; HOWARD and JANE DOE LIPSON, and their marital community thereof; PILOT GROUP, GP, LLC, a Delaware corporation; and JANE and JOHN DOES 1 through 8,<br><br>Defendants. | No. 2:17-cv-00920-JLR<br><br>NOTICE OF APPEARANCE OF JAMES HECKMAN AND JANE DOE HECKMAN and their marital community<br><br>***Clerk's Action Required*** |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

PLEASE TAKE NOTICE that Defendants JAMES HECKMAN and JANE DOE HECKMAN, and their marital community, hereby appear in the above-entitled action, and request that all further papers and pleadings, except original process, be served upon the undersigned attorney at the address below stated.

DATED this 30th day of June, 2017.

Davis Wright Tremaine LLP
Attorneys for Defendants James Heckman and Jane Doe Heckman, and their marital community

By *s/ Brad Fisher*
Brad Fisher, WSBA #19895
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8042
Fax: (206) 757-7042
E-mail: bradfisher@dwt.com

NOTICE OF APPEARANCE OF JAMES HECKMAN and JANE DOE HECKMAN AND THEIR MARITAL COMMUNITY (2:17-cv-00920-JLR) - 2
4813-0217-0699v.1 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF E-FILING AND SERVICE

I hereby certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Gohmann Bigelow
Stephen C. Willey
SAVITT BRUCE & WILLEY LLP
1425 FOURTH AVE
STE 800
SEATTLE, WA 98101-2272
206-749-0500
sgohmannbigelow@sbwllp.com
swilley@sbwllp.com

*Attorneys for Defendants Malitz, Lukatsevitch, Robinson, Fahmy, Stuntz, McNichol, Russell and Lipson*

Gulliver A Swenson
RYAN SWANSON & CLEVELAND
1201 3RD AVE
STE 3400
SEATTLE, WA 98101-3034
206-464-4224
swenson@ryanlaw.com

*Attorneys for Plaintiffs*

DATED this 30th day of June, 2017.

By *s/ Brad Fisher*
Brad Fisher

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax