1

2

THE HONORABLE JAMES L. ROBART

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                TACOMA DIVISION

10

11   FULLTIME FANTASY SPORTS, LLC,          Case No. 2:17-cv-00920-JLR

12              Plaintiff,
                                            **STIPULATED SUBSTITUTION OF COUNSEL FOR**
13        v.                                **DEFENDANTS TAMMER FAMHY, HOWARD**
                                            **LIPSON, ROSS LUKATSEVICH, CRAIG**
14   STEVEN RIDNER, *et al.*,               **MALLITZ, PAUL MCNICOL, JOE ROBINSON,**
                                            **ANDREW RUSSELL, AND MAYO STUNTZ**
15              Defendants.
                                            **Noting Date: August 17, 2017** and
16                                                                             Order

17

18

19

20

21

22

23

24

25

26

27

28
     **STIPULATED SUBSTITUTION OF COUNSEL**                              COOLEY LLP
     **CASE NO. 2:17-CV-00920-JLR**                            1700 SEVENTH AVE., STE. 1900
                                                                 SEATTLE, WA 98101-1355
                                                                      (206) 452-8700

1   Defendants Tammer and Jane Doe Fahmy, Howard and Jane Doe Lipson, Ross and Jane

2   Doe Lukatsevich, Craig and Jane Doe Malitz, Paul and Jane Doe McNichol, Joe and Jane Doe

3   Robinson, Andrew and Jane Doe Russell, and Mayo and Jane Doe Stuntz, and their respective

4   marital communities ("Defendants") hereby stipulate, by and through their current and to-be-

5   substituted counsel of record, to (1) the withdrawal of their current counsel of record, Stephen C.

6   Willey and Sarah Gohmann Bigelow, of the law firm of Savitt Bruce & Willey LLP; and (2) the

7   substitution and appearance of Christopher B. Durbin and Jeffrey D. Lombard, of the law firm of

8   Cooley LLP, as counsel of record for each of them in this action.

9       Upon this Court's order granting this stipulated substitution, Defendants respectfully

10   request that all pleadings, discovery, and other material be served upon counsel at:

11                   Christopher B. Durbin (No. 41159)

12                   Jeffrey D. Lombard (No. 50260)
                COOLEY LLP

13                   1700 Seventh Avenue, Suite 1900
                Seattle, WA 98101-1355

14                   Telephone: (206) 452-8700
                Facsimile:  (206) 452-8800

15                   Email:     cdurbin@cooley.com

16                           jlombard@cooley.com

17   Dated:   August 17, 2017          COOLEY LLP

18

19                       By: _/s/ Christopher B. Durbin_____
                        Christopher B. Durbin (No. 41159)

20                           Jeffrey D. Lombard (No. 50260)
                        1700 Seventh Ave., Suite 1900

21                           Seattle, WA 98101-1355
                        Tel.:    (206) 452-8700

22                           Fax:    (206) 452-8800

23                           Email:  cdurbin@cooley.com
                              jlombard@cooley.com

24

25

26

27

28

STIPULATED SUBSTITUTION OF COUNSEL
CASE NO. 2:17-CV-00920-JLR    2.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAVITT BRUCE & WILLEY LLP

By: /s/ Stephen C. Willey
    Stephen C. Willey (No. 24499)
    Sarah Gohmann Bigelow (No. 43634)
    1425 4th Ave., Suite 800
    Seattle, WA 98101-2272
    Tel.:   (206)749-0500
    Fax:   (206)749-0600
    Email:  swilley@sbwllp.com
              sgohmannbigelow@sbwllp.com

Attorneys for TAMMER and JANE DOE FAHMY, HOWARD and JANE DOE LIPSON, ROSS and JANE DOE LUKASEVITCH, CRAIG and JANE DOE MALITZ, PAUL and JANE DOE MCNICHOL, JOE and JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1

**ORDER**

2       Pursuant to the Stipulation by Defendants Tammer and Jane Doe Fahmy, Howard and

3  Jane Doe Lipson, Ross and Jane Doe Lukatsevich, Craig and Jane Doe Malitz, Paul and Jane

4  Doe McNichol, Joe and Jane Doe Robinson, Andrew and Jane Doe Russell, and Mayo and Jane

5  Doe Stuntz, and their respective marital communities ("Defendants"), and good cause appearing

6  therefore, it is ORDERED, GRANTING leave for the withdrawal of Defendants' current counsel

7  of record, Stephen C. Willey and Sarah Gohmann Bigelow, of the law firm of Savitt Bruce &

8  Willey LLP; and further GRANTING leave for the substitution and appearance of Christopher B.

9  Durbin and Jeffrey D. Lombard, of the law firm of Cooley LLP, as counsel of record for

10  Defendants in this action.

11       It is FURTHER ORDERED that the Clerk and all Parties shall serve all pleadings,

12  discovery, and other material upon Defendants' counsel of record at:

13

Christopher B. Durbin (No. 41159)

14

Jeffrey D. Lombard (No. 50260)
COOLEY LLP

15

1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355

16

Telephone: (206) 452-8700
Facsimile:  (206) 452-8800

17

Email:    cdurbin@cooley.com
jlombard@cooley.com

18

19

20

21  Dated: 22 Aug          , 2017

22

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**STIPULATED SUBSTITUTION OF COUNSEL**
**CASE NO. 2:17-CV-00920-JLR**

4.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  **CERTIFICATE OF SERVICE**

2       I hereby certify that on this 17th day of August, 2017, I electronically filed the foregoing

3  STIPULATED SUBSTITUTION OF COUNSEL with the Clerk of Court using the CM/ECF system,

4  which will send notification of such filing to the following:

5  Gulliver A. Swenson             Brad Fisher
    RYAN, SWANSON & CLEVELAND, PLLC    DAVIS WRIGHT TREMAINE LLP

6  1201 Third Ave., Suite 3400        1201 Third Ave., Suite 2200
    Seattle, WA 98101-3034         Seattle, WA 98101-3045

7  Tel.:   (206) 464-4224          Tel.:   (206) 757-8042
    Fax:   (206) 583-0359          Fax:   (206) 757-7042

8  Email: swenson@ryanlaw.com       Email: bradfisher@dwt.com

9  Attorneys for Plaintiff FULLTIME FANTASY    Attorneys for Defendants JAMES HECKMAN
    SPORTS, LLC                 and JANE DOE HECKMAN

10

11  Stephen C. Willey             Stellman Keehnel
    Sarah Gohmann Bigelow        DLA PIPER LLP (US)

12  SAVITT BRUCE & WILLEY LLP      701 Fifth Ave., Suite 7000
    1425 4th Ave., Suite 800        Seattle, WA 98104-7044

13  Seattle, WA 98101-2272         Tel.:   (206) 839-4800
    Tel.:   (206)749-0500          Fax:   (206) 839-4801

14  Fax:   (206)749-0600          Email:  Stellman.keehnel@dlapiper.com
    Email:  swilley@sbwllp.com

15           sgohmannbigelow@sbwllp.com    Attorneys for Defendants DOUG SMITH and
                              JANE DOE SMITH

16  Attorneys for Defendants TAMMER and JANE
    DOE FAHMY, HOWARD and JANE DOE LIPSON,

17  ROSS and JANE DOE LUKASEVITCH, CRAIG and
    JANE DOE MALITZ, PAUL and JANE DOE

18  MCNICHOL, JOE and JANE DOE ROBINSON,
    ANDREW and JANE DOE RUSSELL, and MAYO

19  and JANE DOE STUNTZ

20

21

22                                _/s/ Christopher B. Durbin_
                                 Christopher B. Durbin

23

24

25

26

27

28

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700