THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RIDNER, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00920-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE-PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE**<br><br>**Noting Date: August 28, 2017** |

STIPULATION AND ORDER RE RESPONSIVE-
PLEADING DEADLINE & BRIEFING SCHEDULE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff Fulltime Fantasy Sports, LLC and all Defendants hereby stipulate to and request, by and through their respective counsel of record, an requested extension of Defendants' responsive-pleading deadline and the noting-date and briefing-schedule provisions of LCR 7(d)(3), as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Responsive-Pleading Deadline | August 31, 2017 | September 14, 2017 |
| Plaintiff's Opposition | September 18, 2017 | October 13, 2017 |
| Defendants' Replies (*Noting Date*) | September 22, 2017 | October 27, 2017 |

Good cause exists for the requested extension of Defendants' responsive-pleading deadline, as counsel for eight of the 10 defendants (not counting Jane Does) who have appeared in this action was only recently retained and substituted in as counsel of record. (*See* Dkt. No. 13, dated Aug. 22, 2017.) The Parties further agree that additional time is warranted for the briefing schedule following Defendants' responsive pleading, which Defendants anticipate will take the form of dispositive motions pursuant to Fed. R. Civ. P. 12(b).

The Parties do not request any alterations to any other deadlines set forth in the Court's Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 8), as modified by the Parties' previous stipulation and resulting order (Dkt. No. 11).

Dated: August 28, 2017            COOLEY LLP

By: */s/ Christopher B. Durbin*
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.:   (206) 452-8700
Fax:   (206) 452-8800
Email:  cdurbin@cooley.com
        jlombard@cooley.com

Attorneys for Defendants TAMMER and JANE DOE FAHMY, HOWARD and JANE DOE LIPSON, ROSS and JANE DOE LUKASEVITCH, CRAIG and JANE DOE MALITZ, PAUL and JANE DOE MCNICHOL, JOE and

STIPULATION AND ORDER RE RESPONSIVE-
PLEADING DEADLINE & BRIEFING SCHEDULE    2.
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| | |
|---|---|
| 1 | JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ |
| 2 | |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| 4 | By: /s/ Brad Fisher   (with permission)<br>Brad Fisher (No. 19895)<br>1201 Third Ave., Suite 2200 |
| 5 | Seattle, WA 98101-3045<br>Tel.: (206) 757-8042 |
| 6 | Fax: (206) 757-7042<br>Email: bradfisher@dwt.com |
| 7 | |
| 8 | Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN |
| 9 | DLA PIPER LLP (US) |
| 10 | By: /s/ Jeffrey DeGroot   (with permission)<br>Jeffrey DeGroot (No. 46839) |
| 11 | Stellman Keehnel (No. 9309)<br>Andrew R. Escobar (No. 42793) |
| 12 | 701 Fifth Ave., Suite 7000<br>Seattle, WA 98104-7044 |
| 13 | Tel.: (206) 839-4800<br>Fax: (206) 839-4801 |
| 14 | Email: stellman.keehnel@dlapiper.com<br>andrew.escobar@dlapiper.com |
| 15 | jeffrey.degroot@dlapiper.com |
| 16 | Attorneys for Defendants DOUG SMITH and JANE DOE SMITH |
| 17 | |
| 18 | RYAN, SWANSON & CLEVELAND, PLLC |
| 19 | By: /s/ Gulliver A. Swenson   (with permission)<br>Gulliver A. Swenson (No. 35974) |
| 20 | 1201 Third Ave., Suite 3400<br>Seattle, WA 98101-3034 |
| 21 | Tel.: (206) 464-4224<br>Fax: (206) 583-0359 |
| 22 | Email: swenson@ryanlaw.com |
| 23 | Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND ORDER RE RESPONSIVE-PLEADING DEADLINE & BRIEFING SCHEDULE
CASE NO. 2:17-CV-00920-JLR
3.
COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

It is so ORDERED.

Dated: 30 August, 2017

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Christopher B. Durbin
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.:    (206) 452-8700
Fax:    (206) 452-8800
Email:   cdurbin@cooley.com
         jlombard@cooley.com

STIPULATION AND ORDER RE RESPONSIVE-
PLEADING DEADLINE & BRIEFING SCHEDULE     4.
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2017, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE-PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gulliver A. Swenson<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Ave., Suite 3400<br>Seattle, WA 98101-3034<br>Tel.: (206) 464-4224<br>Fax: (206) 583-0359<br>Email: swenson@ryanlaw.com<br><br>Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC | Brad Fisher<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101-3045<br>Tel.: (206) 757-8042<br>Fax: (206) 757-7042<br>Email: bradfisher@dwt.com<br><br>Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN |

Stellman Keehnel
Andrew R. Escobar
Jeffrey DeGroot
DLA PIPER LLP (US)
701 Fifth Ave., Suite 7000
Seattle, WA 98104-7044
Tel.: (206) 839-4800
Fax: (206) 839-4801
Email: stellman.keehnel@dlapiper.com
andrew.escobar@dlapiper.com
jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH

/s/ Christopher B. Durbin
Christopher B. Durbin

149913196

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-05487-RJB

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700