THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN and JANE DOE RINDNER, and their marital community; MARK and JANE DOE STIEGLITZ, and their marital community; DOUG and JANE DOE SMITH, and their marital community; CRAIG and JANE DOE MALLITZ, and their marital community; ROSS and JANE DOE LEVINSOHN, and their marital community; ROSS and JANE DOE LUKATSEVITCH, and their marital community; JOE and JANE DOE ROBINSON, and their marital community; TAMMER and JANE DOE FAHMY, and their marital community; MAYO and JANE DOE STUNTZ, and their marital community; JAMES and JANE DOE HECKMAN, and their marital community, PAUL and JANE DOE MCNICHOL, and their marital community thereof; ANDREW and JANE DOE RUSSELL, and their marital community thereof; HOWARD and JANE DOE LIPSON, and their marital community thereof, PILOT GROUP, GP, LLC, a Delaware corporation; and JANE and JOHN DOES 1 through 8,<br><br>Defendants. | Case No. 2:17-cv-00920-JLR<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>**Noting Date: September 27, 2017** |

STIP. AND ORDER RE JSR DEADLINE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  Pursuant to LCR 10(g), Plaintiff Fulltime Fantasy Sports, LLC and Defendants Tammer
2  Fahmy, Howard Lipson, Ross Lukatsevich, Craig Mallitz, Paul McNicol, Joe Robinson, Andrew
3  Russell, Doug Smith, Mark Stieglitz, and Mayo Stuntz[1] hereby stipulate to and request an
4  extension of the Parties' deadline to file their Joint Status Report and Discovery Plan as set forth
5  in the Court's Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt.
6  No. 8) as modified by the Parties' previous stipulation and resulting order (Dkt. No. 11).

7  Good cause exists for the requested extension for the following reasons: Counsel for the
8  Parties conferred by telephone on September 7, 2017. Defendants stated their position that,
9  because Plaintiff asserts a securities-fraud claim brought under Section 10(b) of the Securities
10 Exchange Act of 1934, the Private Securities Litigation Reform Act ("PSLRA") stays all discovery
11 in this case during the pendency of Defendants' motions to dismiss (Dkt. Nos. 18, 20, 21). *See* 15
12 U.S.C. § 78u-4(b)(3)(B). Plaintiff agreed to stipulate to a stay of discovery while the motions to
13 dismiss are pending, without waiving any rights as to whether the PSLRA properly applies to this
14 action or other proceedings.

15 In light of the foregoing, the Parties further stipulated and agreed that, if the Court denies
16 the motions to dismiss in whole or in part, they will confer again and submit their Joint Status
17 Report and Discovery Plan within 30 days after the order denying the motions in whole or in part.

19 Dated: September 27, 2017          COOLEY LLP

20                                    By: */s/ Christopher B. Durbin*
21                                        Christopher B. Durbin (No. 41159)
                                          Jeffrey D. Lombard (No. 50260)
22                                        1700 Seventh Ave., Suite 1900
                                          Seattle, WA 98101-1355
23                                        Tel.:   (206) 452-8700
                                          Fax:    (206) 452-8800
24                                        Email:  cdurbin@cooley.com
25                                                jlombard@cooley.com

26                                    Attorneys for Defendants TAMMER and JANE DOE
                                      FAHMY, HOWARD and JANE DOE LIPSON, ROSS and
27  ─────────────────────
28  [1] The First Amended Complaint lists as additional defendants Jane Doe spouses and the marital communities for each Defendant.

1 | JANE DOE LUKATSEVICH, CRAIG and JANE DOE MALLITZ, PAUL and JANE DOE MCNICHOL, JOE and JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ

DLA PIPER LLP (US)

By: */s/ Andrew R. Escobar   (with permission)*
    Jeffrey DeGroot (No. 46839)
    Stellman Keehnel (No. 9309)
    Andrew R. Escobar (No. 42793)
    701 Fifth Ave., Suite 7000
    Seattle, WA 98104-7044
    Tel.:   (206) 839-4800
    Fax:   (206) 839-4801
    Email:  stellman.keehnel@dlapiper.com
             andrew.escobar@dlapiper.com
             jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH and MARK STIEGLITZ and JANE DOE STIEGLITZ


RYAN, SWANSON & CLEVELAND, PLLC

By: */s/ Gulliver A. Swenson   (with permission)*
    Gulliver A. Swenson (No. 35974)
    1201 Third Ave., Suite 3400
    Seattle, WA 98101-3034
    Tel.:   (206) 464-4224
    Fax:   (206) 583-0359
    Email:  swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

STIP. AND ORDER RE JSR DEADLINE
CASE NO. 2:17-CV-00920-JLR

3.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

Pursuant to the Parties' stipulation, all discovery in this case is stayed during the pendency of Defendants' motions to dismiss (Dkt. Nos. 18, 20, 21). Within 30 days after an order denying the motions to dismiss in whole or in part, the Parties shall confer and file their Joint Status Report and Discovery Plan.

It is so ORDERED.

Dated: 28 September, 2017

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Christopher B. Durbin
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.:   (206) 452-8700
Fax:   (206) 452-8800
Email:   cdurbin@cooley.com
            jlombard@cooley.com

STIP. AND ORDER RE JSR DEADLINE
CASE NO. 2:17-CV-00920-JLR
4.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2017, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Gulliver A. Swenson
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Ave., Suite 3400
Seattle, WA 98101-3034
Tel.:  (206) 464-4224
Fax:   (206) 583-0359
Email: swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

Brad Fisher
DAVIS WRIGHT TREMAINE LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tel.:  (206) 757-8042
Fax:   (206) 757-7042
Email: bradfisher@dwt.com

Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN

Stellman Keehnel
Andrew R. Escobar
Jeffrey DeGroot
DLA PIPER LLP (US)
701 Fifth Ave., Suite 7000
Seattle, WA 98104-7044
Tel.:  (206) 839-4800
Fax:   (206) 839-4801
Email: stellman.keehnel@dlapiper.com
       andrew.escobar@dlapiper.com
       jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH and MARK STIEGLITZ and JANE DOE STIEGLITZ

/s/ Christopher B. Durbin
Christopher B. Durbin

151431697 v4

CERTIFICATE OF SERVICE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700