THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN and JANE DOE RINDNER, and their marital community; MARK and JANE DOE STIEGLITZ, and their marital community; DOUG and JANE DOE SMITH, and their marital community; CRAIG and JANE DOE MALLITZ, and their marital community; ROSS and JANE DOE LEVINSOHN, and their marital community; ROSS and JANE DOE LUKATSEVITCH, and their marital community; JOE and JANE DOE ROBINSON, and their marital community; TAMMER and JANE DOE FAHMY, and their marital community; MAYO and JANE DOE STUNTZ, and their marital community; JAMES and JANE DOE HECKMAN, and their marital community, PAUL and JANE DOE MCNICHOL, and their marital community thereof; ANDREW and JANE DOE RUSSELL, and their marital community thereof; HOWARD and JANE DOE LIPSON, and their marital community thereof, PILOT GROUP, GP, LLC, a Delaware corporation; and JANE and JOHN DOES 1 through 8,<br><br>Defendants. | Case No. 2:17-cv-00920-JLR<br><br>STIPULATION AND [PROPOSED] ORDER RE (1) PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; (2) WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; AND (3) DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT<br><br>Noting Date: October 23, 2017 |

STIP. AND ORDER RE AMENDED COMPL.
& RESPONSIVE PLEADINGS
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to LCR 10(g), Plaintiff Fulltime Fantasy Sports, LLC and all Defendants[1] hereby stipulate to and respectfully request an order reflecting the following:

1. Defendants do not oppose Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 26) and consent to Plaintiff filing its Second Amended Complaint as the superseding and operative complaint in this matter.

2. Defendants withdraw their currently pending Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 18, 20, 21).

3. Defendants shall file their responsive pleadings to the Second Amended Complaint by no later than December 12, 2017.

4. If one or more Defendants file a Rule 12 motion as their responsive pleading, then (a) Plaintiff shall file its response(s) to such motion(s) by no later than January 5, 2018; and (b) Defendants shall file any reply by no later than January 16, 2018.

5. The Parties' stipulated stay of discovery (*see* Dkt. No. 24) remains in place pending disposition of Defendants' response(s) to Plaintiff's Second Amended Complaint.

Dated: October 23, 2017

COOLEY LLP

By: */s/ Christopher B. Durbin*
   Christopher B. Durbin (No. 41159)
   Jeffrey D. Lombard (No. 50260)
   1700 Seventh Ave., Suite 1900
   Seattle, WA 98101-1355
   Tel.:  (206) 452-8700
   Fax:   (206) 452-8800
   Email: cdurbin@cooley.com
          jlombard@cooley.com

Attorneys for Defendants TAMMER and JANE DOE FAHMY, HOWARD and JANE DOE LIPSON, ROSS and JANE DOE LUKATSEVICH, CRAIG and JANE DOE MALLITZ, PAUL and JANE DOE MCNICHOL, JOE and JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ

---

[1] The First Amended Complaint lists as additional defendants Jane Doe spouses and the marital communities for each Defendant.

STIP. AND ORDER RE AMENDED COMPL.
& RESPONSIVE PLEADINGS
CASE NO. 2:17-CV-00920-JLR

2.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

DLA PIPER LLP (US)

By: _/s/ Andrew R. Escobar   (with permission)_
    Jeffrey DeGroot (No. 46839)
    Stellman Keehnel (No. 9309)
    Andrew R. Escobar (No. 42793)
    701 Fifth Ave., Suite 7000
    Seattle, WA 98104-7044
    Tel.:    (206) 839-4800
    Fax:    (206) 839-4801
    Email:    stellman.keehnel@dlapiper.com
             andrew.escobar@dlapiper.com
             jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH and MARK STIEGLITZ and JANE DOE STIEGLITZ


DAVIS WRIGHT TREMAINE LLP

By: _/s/ Brad Fisher   (with permission)_
    Brad Fisher (No. 19895)
    1201 Third Ave., Suite 2200
    Seattle, WA 98101-3045
    Tel.:    (206) 757-8042
    Fax:    (206) 757-7042
    Email:    bradfisher@dwt.com

Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN


RYAN, SWANSON & CLEVELAND, PLLC

By: _/s/ Gulliver A. Swenson   (with permission)_
    Gulliver A. Swenson (No. 35974)
    1201 Third Ave., Suite 3400
    Seattle, WA 98101-3034
    Tel.:    (206) 464-4224
    Fax:    (206) 583-0359
    Email:    swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

STIP. AND ORDER RE AMENDED COMPL. & RESPONSIVE PLEADINGS
CASE NO. 2:17-CV-00920-JLR

3.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

It is so ORDERED.

Dated: 23 October, 2017

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Christopher B. Durbin
  Christopher B. Durbin (No. 41159)
  Jeffrey D. Lombard (No. 50260)
  COOLEY LLP
  1700 Seventh Ave., Suite 1900
  Seattle, WA 98101-1355
  Tel.:     (206) 452-8700
  Fax:     (206) 452-8800
  Email:   cdurbin@cooley.com
            jlombard@cooley.com

STIP. AND ORDER RE AMENDED COMPL.
& RESPONSIVE PLEADINGS
CASE NO. 2:17-CV-00920-JLR

4.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2017, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER RE (1) PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; (2) WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; AND (3) DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Gulliver A. Swenson
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Ave., Suite 3400
Seattle, WA 98101-3034
Tel.:   (206) 464-4224
Fax:    (206) 583-0359
Email:  swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

Brad Fisher
DAVIS WRIGHT TREMAINE LLP
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
Tel.:   (206) 757-8042
Fax:    (206) 757-7042
Email:  bradfisher@dwt.com

Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN

Stellman Keehnel
Andrew R. Escobar
Jeffrey DeGroot
DLA PIPER LLP (US)
701 Fifth Ave., Suite 7000
Seattle, WA 98104-7044
Tel.:   (206) 839-4800
Fax:    (206) 839-4801
Email:  stellman.keehnel@dlapiper.com
        andrew.escobar@dlapiper.com
        jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH and MARK STIEGLITZ and JANE DOE STIEGLITZ

/s/ Christopher B. Durbin
Christopher B. Durbin

CERTIFICATE OF SERVICE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700