THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RIDNER, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00920-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE-PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE**<br><br>**Noting Date: December 6, 2017** |

STIPULATION AND ORDER RE RESPONSIVE-
PLEADING DEADLINE & BRIEFING SCHEDULE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff Fulltime Fantasy Sports, LLC and all Defendants hereby stipulate to and request, by and through their respective counsel of record, an extension of Defendants' responsive-pleading deadline and the noting-date and briefing-schedule provisions of LCR 7(d)(3), as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Responsive-Pleading Deadline | December 12, 2017 | February 1, 2018 |
| Plaintiff's Opposition | January 5, 2018 | March 2, 2018 |
| Defendants' Replies (*Noting Date*) | January 16, 2018 | March 16, 2018 |

Good cause exists for the requested extension of Defendants' responsive-pleading deadline, as the Parties are engaged in good-faith discussions and desire additional time (particularly given the intervening holidays) to attempt to resolve this action without need for a second round of motion briefing. The Parties further agree that, if their discussions are unsuccessful, additional time is warranted for the briefing schedule following Defendants' responsive pleading, which Defendants anticipate will take the form of dispositive motions pursuant to Fed. R. Civ. P. 12(b).

The Parties further agree that their stipulated stay of discovery (*see* Dkt. No. 24) remains in place pending disposition of Defendants' response(s) to Plaintiff's Second Amended Complaint.

Dated: December 6, 2017

COOLEY LLP

By: /s/ Christopher B. Durbin
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com
jlombard@cooley.com

Attorneys for Defendants TAMMER and JANE DOE FAHMY, HOWARD and JANE DOE LIPSON, ROSS and JANE DOE LUKASEVITCH, CRAIG and JANE DOE

STIPULATION AND ORDER RE RESPONSIVE-PLEADING DEADLINE & BRIEFING SCHEDULE
CASE NO. 2:17-CV-00920-JLR

2.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MALITZ, PAUL and JANE DOE MCNICHOL, JOE and JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ

DAVIS WRIGHT TREMAINE LLP

By: /s/ Brad Fisher   (with permission)
    Brad Fisher (No. 19895)
    1201 Third Ave., Suite 2200
    Seattle, WA 98101-3045
    Tel.:   (206) 757-8042
    Fax:   (206) 757-7042
    Email:  bradfisher@dwt.com

Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN


DLA PIPER LLP (US)

By: /s/ Andrew R. Escobar   (with permission)
    Andrew R. Escobar (No. 42793)
    Stellman Keehnel (No. 9309)
    701 Fifth Ave., Suite 7000
    Seattle, WA 98104-7044
    Tel.:   (206) 839-4800
    Fax:   (206) 839-4801
    Email:  stellman.keehnel@dlapiper.com
           andrew.escobar@dlapiper.com
           jeffrey.degroot@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH


RYAN, SWANSON & CLEVELAND, PLLC

By: /s/ Gulliver A. Swenson   (with permission)
    Gulliver A. Swenson (No. 35974)
    1201 Third Ave., Suite 3400
    Seattle, WA 98101-3034
    Tel.:   (206) 464-4224
    Fax:   (206) 583-0359
    Email:  swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

STIPULATION AND ORDER RE RESPONSIVE-
PLEADING DEADLINE & BRIEFING SCHEDULE   3.
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

It is so ORDERED.

Dated: 7 December, 2017

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Christopher B. Durbin
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.:   (206) 452-8700
Fax:   (206) 452-8800
Email:   cdurbin@cooley.com
         jlombard@cooley.com

STIPULATION AND ORDER RE RESPONSIVE-PLEADING DEADLINE & BRIEFING SCHEDULE    4.
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2017, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE-PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gulliver A. Swenson<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Ave., Suite 3400<br>Seattle, WA 98101-3034<br>Tel.:   (206) 464-4224<br>Fax:   (206) 583-0359<br>Email: swenson@ryanlaw.com<br><br>Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC | Brad Fisher<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101-3045<br>Tel.:   (206) 757-8042<br>Fax:   (206) 757-7042<br>Email: bradfisher@dwt.com<br><br>Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN |

Stellman Keehnel
Andrew R. Escobar
DLA PIPER LLP (US)
701 Fifth Ave., Suite 7000
Seattle, WA 98104-7044
Tel.:   (206) 839-4800
Fax:   (206) 839-4801
Email: stellman.keehnel@dlapiper.com
         andrew.escobar@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH

/s/ Christopher B. Durbin
Christopher B. Durbin

156169476

CERTIFICATE OF SERVICE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700