The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RIDNER, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00920-JLR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>**April 5, 2018** |

JOINT STIP. & PROPOSED ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Fulltime Fantasy Sports, LLC and Defendants[1] hereby stipulate and agree that the above action in its entirety, including all claims against all Defendants, are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: April 5, 2018

COOLEY LLP

By: /s/ Christopher B. Durbin
    Christopher B. Durbin (No. 41159)
    Jeffrey D. Lombard (No. 50260)
    1700 Seventh Ave., Suite 1900
    Seattle, WA 98101-1355
    Tel.:  (206) 452-8700
    Fax:   (206) 452-8800
    Email: cdurbin@cooley.com
           jlombard@cooley.com

Attorneys for Defendants TAMMER and JANE DOE FAHMY, HOWARD and JANE DOE LIPSON, ROSS and JANE DOE LUKATSEVICH, CRAIG and JANE DOE MALLITZ, PAUL and JANE DOE MCNICHOL, JOE and JANE DOE ROBINSON, ANDREW and JANE DOE RUSSELL, and MAYO and JANE DOE STUNTZ

DAVIS WRIGHT TREMAINE LLP

By: /s/ Brad Fisher (with permission)
    Brad Fisher (No. 19895)
    1201 Third Ave., Suite 2200
    Seattle, WA 98101-3045
    Tel.:  (206) 757-8042
    Fax:   (206) 757-7042
    Email: bradfisher@dwt.com

Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN

---

[1] Plaintiff's Second Amended Complaint (Dkt. No. 32) names Jane Doe spouses and the marital communities for each individual defendant. This Joint Stipulation and Proposed Order of Dismissal with Prejudice is made on behalf of all Defendants including, for all individual defendants, their respective Jane Does and marital communities.

JOINT STIP. & PROPOSED ORDER
OF DISMISSAL WITH PREJUDICE                    2.
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

DLA PIPER LLP (US)

By: */s/ Andrew R. Escobar* (with permission)
    Andrew R. Escobar (No. 42793)
    Stellman Keehnel (No. 9309)
    701 Fifth Ave., Suite 7000
    Seattle, WA 98104-7044
    Tel.:    (206) 839-4800
    Fax:    (206) 839-4801
    Email:  stellman.keehnel@dlapiper.com
             andrew.escobar@dlapiper.com

Attorneys for Defendants DOUG and JANE DOE SMITH and MARK and JANE DOE STIEGLITZ


RYAN, SWANSON & CLEVELAND, PLLC

By: */s/ Gulliver A. Swenson* (with permission)
    Gulliver A. Swenson (No. 35974)
    1201 Third Ave., Suite 3400
    Seattle, WA 98101-3034
    Tel.:    (206) 464-4224
    Fax:    (206) 583-0359
    Email:  swenson@ryanlaw.com

Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC

JOINT STIP. & PROPOSED ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-CV-00920-JLR

3.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

It is so ORDERED.

Dated: 8 April, 2018

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Christopher B. Durbin
Christopher B. Durbin (No. 41159)
Jeffrey D. Lombard (No. 50260)
COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Tel.:   (206) 452-8700
Fax:    (206) 452-8800
Email:  cdurbin@cooley.com
        jlombard@cooley.com

JOINT STIP. & PROPOSED ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-CV-00920-JLR

4.

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2018, I electronically filed the foregoing **JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gulliver A. Swenson<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Ave., Suite 3400<br>Seattle, WA 98101-3034<br>Tel.: (206) 464-4224<br>Fax: (206) 583-0359<br>Email: swenson@ryanlaw.com<br><br>Attorneys for Plaintiff FULLTIME FANTASY SPORTS, LLC | Brad Fisher<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101-3045<br>Tel.: (206) 757-8042<br>Fax: (206) 757-7042<br>Email: bradfisher@dwt.com<br><br>Attorneys for Defendants JAMES HECKMAN and JANE DOE HECKMAN |

Stellman Keehnel
Andrew R. Escobar
DLA PIPER LLP (US)
701 Fifth Ave., Suite 7000
Seattle, WA 98104-7044
Tel.: (206) 839-4800
Fax: (206) 839-4801
Email: stellman.keehnel@dlapiper.com
andrew.escobar@dlapiper.com

Attorneys for Defendants DOUG SMITH and JANE DOE SMITH and MARK STIEGLITZ and JANE DOE STIEGLITZ

/s/ Christopher B. Durbin
Christopher B. Durbin

171088700

CERTIFICATE OF SERVICE
CASE NO. 2:17-CV-00920-JLR

COOLEY LLP
1700 SEVENTH AVE., STE. 1900
SEATTLE, WA 98101-1355
(206) 452-8700